Petition for Writ of Mandamus Denied and Memorandum Opinion filed
September 11, 2003









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed September 11, 2003.

                                                                              

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00914-CV

____________

 

IN RE SHELDON THOMPSON, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On August 27, 2003, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221; see also Tex. R. App. P. 52.  In his petition, relator
seeks to have this Court compel the Honorable Debbie Mantooth
Stricklin, presiding judge of the 180th Judicial
District Court of Harris County, to rule on several pro se motions filed in
cause number 893,085.  Relator has not established he is entitled to extraordinary
relief.

We deny relator=s petition for writ of mandamus. 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed September 11, 2003.

Panel consists of
Chief Justice Brister and Justices Anderson and Seymore.